UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Leroy Washington Haughton, | ) | CASE NO.: 9:26-cv-01032-RMG-MGB |
| | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S CORPORATE** |
| vs. | ) | **DISCLOSURE STATEMENT** |
| | ) | |
| Publix Super Markets, Inc., and Carson Powell | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, Defendant Publix Super Markets, Inc., by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits its Corporate Disclosure Statement as follows:

Defendant Publix Super Markets, Inc. is not a publicly held corporation. Additionally, no publicly held corporation owns ten percent or more of Publix Super Markets, Inc.

This 11th day of March, 2026.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

By:    *s/Kierra N. Brown*
     LEE C. WEATHERLY
     Federal Bar No.: 9389
     KIERRA N. BROWN
     Federal Bar No.: 12717
     *Attorneys for Defendants*

40 Calhoun Street, Suite 400
Charleston, South Carolina 29401-3531
*lweatherly@csvl.law*
*kbrown@csvl.law*
Ph: 843-727-0307